UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JAMES SALSMAN, | ) | Case No.: C 10-1865 PVT |
| Plaintiff, | ) | **CASE MANAGEMENT CONFERENCE ORDER** |
| v. | ) | |
| ACCESS SYSTEMS AMERICAS, INC., | ) | |
| Defendant. | ) | |

On July 20, 2010, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that the deadline for Plaintiff to amend the complaint as discussed at the Case Management Conference, is Monday, July 26, 2010. Defendant shall serve and file its response to the amended complaint no later than August 2, 2010.

IT IS FURTHER ORDERED that the remainder of the Case Management Conference is CONTINUED to 2:00 p.m. on August 3, 2010.

Dated: *7/20/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1
2  ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***
3
4  copies mailed on       *7/21/10*          to:
5  James Salsman
   1324 Carlton Avenue
6  Menlo Park, CA 94025
7
                                        */s/   Donna Kirchner                for*
8                                       CORINNE LEW
                                        Courtroom Deputy
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28