UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES SALSMAN,<br><br>             Plaintiff,<br><br>     v.<br><br>ACCESS SYSTEMS AMERICAS, INC.,<br><br>             Defendant. | Case No.: C 10-1865 PVT<br><br>**ORDER VACATING DEADLINE FOR PARTIES TO COMPLETE ADR** |

On September 24, 2010, this court issued an order soliciting briefing on the parties' positions regarding an ADR reference. The parties have filed the requested briefing. Based on the parties' briefs and the file herein,

IT IS HEREBY ORDERED that the deadline for the parties to complete an ADR event is VACATED. The issue regarding ADR is deferred to the next Case Management Conference.

Dated:  *10/20/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1
2  *Counsel automatically notified of this filing via the court's Electronic Case Filing system.*
3  copies mailed on    *10/20/10*    to:
4  James Salsman
   1324 Carlton Avenue
5  Menlo Park, CA 94025
6
7                                            /s/   Donna Kirchner     for
                                             OSCAR RIVERA
                                             Courtroom Deputy
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 2*