UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES SALSMAN, <br><br> Plaintiff, <br><br> v. <br><br> ACCESS SYSTEMS AMERICAS, INC., <br><br> Defendant. | Case No.: C 10-1865 PSG <br><br> **FURTHER CASE MANAGEMENT CONFERENCE ORDER** |

On December 21, 2010, the parties appeared before the undersigned for a further Case Management Conference. Based on the discussion held at the Case Management Conference,

IT IS HEREBY ORDERED that the deadline for Plaintiff to file any third amended complaint as discussed at the Case Management Conference, is February 21, 2011. Plaintiff shall serve any such third amended complaint on any newly added defendants, along with a summons and the other documents required to be served under the court's Civil Local Rules, no later March 7, 2011.[1]

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal

---

[1] Plaintiff indicated that he has not yet decided whether or not he will file such a third amended complaint. The court notes that there is a new "Federal Legal Assistance Self-Help Center" located in the courthouse where an attorney is available to provide some general guidance to *pro se* litigants. Help is provided by appointment only. Appointments may be made by calling (408) 297-1480.

ORDER, *page 1*

Rules of Civil Procedure apply to this case.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| | |
|---|---|
| Fact Discovery Cutoff. | 5/9/11 |
| Designation of Experts with Reports. | 6/2/11 |
| Designation of Rebuttal Experts with Reports. | 6/30/11 |
| Expert Discovery Cutoff. | 7/15/11 |
| Deadline(s) for Filing Discovery Motions. | *See* Civil Local Rule 37-3 |
| Last Day for Dispositive Motion Hearing[2] | 10:00 a.m. on 9/13/11 |
| Final Pretrial Conference. | 2:00 p.m. on 11/1/11 |
| Jury[3] Trial. | 9:30 a.m. on 11/14/11 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy of which is available from the Clerk of the Court,[4] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: *December 22, 2010*

PAUL S. GREWAL
United States Magistrate Judge

---

[2] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[3] At the Case Management Conference, Plaintiff expressed concern about Defendant attempting to deprive him of a jury trial. Plaintiff included a proper demand for a jury trial in his original complaint and each of his amended complaints. Thus, unless the case is disposed of upon a motion for summary judgment pursuant to Federal Rules of Civil Procedure 56, this case will be tried to a jury.

[4] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

1
2  *Counsel automatically notified of this filing via the court' s Electronic Case Filing system.*
3
4  copies mailed on    *12/23/10*              to:
5  James Salsman
   1324 Carlton Avenue
6  Menlo Park, CA 94025
7
8                                       /s/   Donna Kirchner    for
                                         OSCAR RIVERA
                                         Courtroom Deputy
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28