UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES SALSMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ACCESS SYSTEMS AMERICAS, INC.,<br><br>　　　　Defendant. | Case No.: CV 10-01865 PSG<br><br>**ORDER TERMINATING REFERRAL TO EARLY NEUTRAL EVALUATION** |

　　　On June 30, 2010, pursuant to the parties' stipulation, Judge Trumbull referred this case to the court's Early Neutral Evaluation ("ENE") program. (*See* Order Referring Case to Early Neutral Evaluation.) After receiving an email from Plaintiff that indicated that he was having second thoughts about the ENE process, Defendant filed a Motion to Extend Deadline for Early Neutral Evaluation. On September 24, 2010, Judge Trumbull granted the unopposed motion to extend the deadline and requested briefs setting forth the parties' current positions regarding Alternative Dispute Resolution ("ADR"). (*See* Order Granting Motion to Extend Deadline for Early Neutral Evaluation.) After the parties filed the requested briefing, Judge Trumbull vacated the deadline for the parties to complete an ADR event and deferred the issue to the next case management conference. (*See* Order Vacating Deadline for Parties to Complete ADR.)

　　　In his brief and at the case management conference held on December 21, 2010, Plaintiff

1  stated that he did not believe ADR would be effective until after completion of discovery, at
2  which time, he would prefer ENE.  In its brief and at the case management conference, Defendant
3  stated that it believed a judicial settlement conference would be more useful than ENE.  As the
4  parties do not agree on an ADR process selection at this time,

5     IT IS HEREBY ORDERED that the case is no longer referred to ENE.  If it becomes
6  apparent that ADR would be useful, the court, on its own initiative or at the request of one or
7  more parties, may refer the case to one of the court's ADR programs or to a judicially hosted
8  settlement conference.  Civ. L.R. 16-8(a).

10  Dated: January 7, 2011

       _____
       PAUL S. GREWAL
       United States Magistrate Judge

1
2
3 | ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***
4
5 | copies mailed on  *1/7/11*   to:
6 | James Price Salsman
7 | 1324 Carlton Ave
    | Menlo Park, CA 94025
8
9 |                                        */s/ Kelly Lowenberg for*
   |                                        OSCAR RIVERA
10 |                                       Courtroom Deputy
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 3*