UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES SALSMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACCESS SYSTEMS AMERICAS, INC., et al.,<br><br>　　　　Defendants. | Case No.: C 10-01865 PSG<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On February 28, 2011, Defendants Terri Wright-Scheer and Peter Van Der Linden filed a motion to dismiss this action. Also on February 28, 2011, Defendant Tomihisa Kamada filed a motion to dismiss. As this case has been assigned to a magistrate judge, each party must either file written consent to the jurisdiction of the magistrate judge or request reassignment to a district judge. *See* 28 U.S.C. § 636(c). Defendants Tomihisa Kamada, Terri Wright-Scheer, and Peter Van Der Linden have neither consented nor requested reassignment. Therefore,

　　IT IS HEREBY ORDERED that no later than March 28, 2011, Defendants Tomihisa Kamada, Terri Wright-Scheer, and Peter Van Der Linden shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the

Order, *page 1*

1 | court or from the Forms (Civil) section of the court's website at www.cand.uscourts.gov.

2 | Dated: March 23, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

| | |
|---|---|
| 1 | **Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.** |
| 2 | |
| 3 | **A copy of this filing was mailed to:** |
| 4 | James Price Salsman<br>1324 Carlton Ave<br>Menlo Park, CA 94025 |
| 5 | |
| 6 | Dated: March 23, 2011 |

                                      */s/ Chambers Staff*
                              Chambers of U.S. Magistrate Judge Paul S. Grewal