UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JAMES SALSMAN, | ) | Case No.: C 10-01865 PSG |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| ACCESS SYSTEMS AMERICAS, INC., | ) | |
| Defendant. | ) | |

Pursuant to this court's May 3, 2011 Order Granting Motion for Summary Judgment, IT IS HEREBY ORDERED that judgment be entered in favor of Defendant Access Systems Americas, Inc. and against Plaintiff James Salsman. The Clerk of the Court shall close the file.

Dated: May 4, 2011

PAUL S. GREWAL
United States Magistrate Judge

1  **Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

2  **A copy of this filing was mailed to:**

3  James Price Salsman
4  1324 Carlton Ave
   Menlo Park, CA 94025

5  Dated: May 5, 2011

6

7                                          */s/ Chambers Staff*
                        Chambers of U.S. Magistrate Judge Paul S. Grewal

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28