UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES SALSMAN,<br><br>                Plaintiff,<br>     v.<br><br>ACCESS SYSTEMS AMERICAS, INC., ET AL.,<br><br>                Defendants. | Case No.: C 10-1865 PSG<br><br>**ORDER DETERMINING THAT PLAINTIFF IS PERMITTED TO PROCEED ON APPEAL IN FORMA PAUPERIS**<br><br>**(Re: Docket No. 95)** |

On May 4, 2010, the court granted Plaintiff James Salsman's ("Salsman") application to proceed in forma pauperis in the district-court action. On June 3, 2011, Salsman filed a notice of appeal of the judgment entered. Also on June 3, 2011, the court mailed to Salsman a request for the docketing fee. On June 22, 2011, the Court of Appeals for the Ninth Circuit referred the matter to this court for the purpose of determining whether in forma pauperis status should continue for his appeal or whether the appeal is frivolous or taken in bad faith.

Pursuant to Fed. R. App. Proc. 24(a)(3),

"A party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization, unless:
(A) the district court—before or after the notice of appeal is filed—certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding; or
(B) a statute provides otherwise."

1

Case No.: 10-1865
ORDER

The court finds no cause to certify that the appeal is taken in bad faith or to find that Salsman is not otherwise entitled to proceed in forma pauperis. Furthermore, the court is not aware of any statute that prevents Salsman from proceeding on appeal in forma pauperis. Thus, Salsman's forma pauperis status should continue for his appeal.

IT IS SO ORDERED.

Dated: June 23, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

2
Case No.: 10-1865
ORDER